■ In the Matter of WILLIAM J. UNROCH (Admitted as WILLIAM JOSEPH UNROCH), a Suspended Attorney. [603 NYS2d 723]

—Motion granted and petitioner is reinstated as an attorney and counselor-at-law in the State of New York effective September 23, 1993. Concur—Murphy, P. J., Sullivan, Rosenberger, Kupferman and Kassal, JJ.